IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 MAR 19 A 10: 32
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Wesley Keith Holmes Jr.
_____
Full name and prison number
of plaintiff(s)

v.

Sheriff Jay Jones
Major Torbet
Lt. Welch
Lee County Circuit Clerk Corinne Hurst
_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:07-cv-241-WKW
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____ ~~Objected~~ _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ~~scribble~~

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Lee County Detention Center

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Lee County Detention Center

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | Sheriff Jay Jones | 2311 Gateway Dr. Opelika, AL. 36801 |
| 2. | Major Torbet | " |
| 3. | Lt. Welch | " |
| 4. | Corinne Hurst | " |
| 5. | | " |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Oct. 31 until Present

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Lee County has not gotten my paperwork to the D.O.C. in a timely manner. I have been

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Sentenced since Oct. 31 & D.O.C. still does not have my paperwork. Lee County has said on 2 different occasions that they faxed it but as of March 15 2007 it is not there. I have been waiting 133 days to go to prison & they still don't have my paperwork.

GROUND TWO: Roaches in my food.

SUPPORTING FACTS: On two different occasions I have had a roach in my food.

GROUND THREE: Overcrowded jail & Black mold on the walls.

SUPPORTING FACTS: I have just gotten off the floor. I sleep on the floor of this jail for 2 months because of overcrowdedness. Their is also Black mold all over the walls of this cell. Our speaker doesn't work & we have a water leak from the toilet inches from where I was sleeping.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want 1,500 dollars a day After 30 days of my sentenceing. Then I want Lee County jail shut down.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3-15-07
         (Date)

_____
Signature of plaintiff(s)

4

Wesley Haines
PO Box 2407
Opelika, AL 36803

Office of the Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

36101-0711

MONTGOMERY AL 361
16 MAR 2007 PM 4

