**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Major Torbert
Lee County Sheriff's Office
2311 Gateway Drive  Suite 130
Opelika, Al 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Marlene Powell_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Marlene Powell_    3/21/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3:07 CV 241
C & D    (40)

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from ser    7005 1160 0001 2962 0396

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lt. Welch
Lee County Sheriff's Office
2311 Gateway Drive  Suite 130
Opelika, Al 36801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Marlene Powell_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
_Marlene Powell_    3/21/07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3:07 CV 241
C & D    40

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service lab    7005 1160 0001 2962 0372

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jay Jones, Sheriff
Lee County Sheriff's Office
2311 Gateway Drive  Suite 130
Opelika, Al 36801

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Marlene Powell*    ☐ Agent   ☐ Addressee

B. Received by (*Printed Name*)    C. Date of Delivery
*Marlene Powell*    3/21/07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3:07CV241
C + 0

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from servic*    7005 1160 0001 2962 0389

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540