IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **WESLEY KEITH HOLMES, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:07-cv-00241-WKW |
| | ) |
| **SHERIFF JAY JONES, et al.,** | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR SPECIAL REPORT AND ANSWER

COME NOW Sheriff Jay Jones, Major Cary Torbert, Jr., and Lt. Corey Welch, the Defendants in the above-styled cause, and move this Honorable Court for an extension of time of 40 days in which to file their Special Report and Answer. As grounds for said Motion, the Defendants state as follows:

1.	On March 29, 2007, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause on or before April 28, 2007. Defendants' Answers are due on April 30, 2007.

2.	Counsel for the Defendants is in need of this additional time to fully review the documentation which is potentially relevant to this case in order to fully respond to the Plaintiff's allegations and provide this Court with a meaningful Special Report.

3.	The Defendants have not previously requested an extension of time in this case.

4.	The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED, the Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including June 7, 2007.

Respectfully submitted this 25th day of April, 2007.

        s/Ashley Hawkins Freeman
        ASHLEY HAWKINS FREEMAN Bar No. FRE044
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: afreeman@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the **25th** day of **April, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Wesley Keith Holmes, Jr.
        Lee County Detention Center
        P.O. Box 2407
        Opelika, AL 36803

        **s/Ashley Hawkins Freeman**
        OF COUNSEL