IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WESLEY KEITH HOLMES, JR., | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-241-WKW |
| SHERIFF JAY JONES, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

On June 19, 2007, the magistrate judge filed a Recommendation (Doc. # 14) that the plaintiff's claims be dismissed for failure to comply with the orders of the court and to properly prosecute the action. Upon an independent review of the file in this case, upon consideration of the Recommendation of the magistrate judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation (Doc. # 14) of the magistrate judge is ADOPTED; and

2. Plaintiff's Complaint (Doc. # 1) is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 16th day of July, 2007.

                                            /s/  W. Keith Watkins
                                            UNITED STATES DISTRICT JUDGE